☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:   *Sarah Daniel*                                                            Case No.

Debtors:                                                                             Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1) *1520 State Route 22A South*           (2) _____
*Jacks Creek, TN 38347*

**PLAN PAYMENT:**
Debtor(1) shall pay $ *570.00 Bi-Weekly*
☑ **PAYROLL DEDUCTION** From: *Encore Health Group, 1550 West McEwen Drive, Suite 300 PMB 12, Franklin, TN 37067*

**1. THIS PLAN [Rule 3015.1 Notice]:**
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION   ☐ YES   ☑ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**
*None*
Paid by: ☐ Debtor(s) directly  ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____
Approximate arrearage: _____

Monthly Plan Payment: $ _____

**5. PRIORITY CLAIMS:**
*-NONE-*                                    Amount _____       $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☑ Paid by Trustee to:
*Vanderbilt Mortgage and Finance, Inc.*   ongoing payment begins *November 2019*   $*900.00*
Approximate arrearage: *7,500.00*   Interest *0.00*   $*125.00*

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:
*Bridgecrest Acceptance Corp. -Paid by Cosigner*
*Santander Consumer -Paid by Cosigner*

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*                                 Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**
Amount:   Rate of Interest   Monthly Plan Payment:
*-NONE-*                                                                  $ _____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
*None*   ☐   ☐

Not provided for    **OR**         General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$6,107.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*Maxx Storage, LLC - Storage Shed. Account No. 131.*     ☑ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                  Date *July 22, 2019* .
C. Jerome Teel, Jr. 016310
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**          /al